**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of November, two thousand and eleven,

_____

| | |
|---|---|
| Ricardo Brooks Gamez, | **ORDER** |
| | Docket Number: 11-3619 |
| Plaintiff - Appellant, | |
| | |
| v. | |
| | |
| State of New York, City of New York, All Private Actors, All Persons within or not within the Government, California, Los Angeles, the State of Florida and City of Miami, known and unkown, Dominant Racial of Ethic Group, against a subordinate group white supremacist group, hate group, lynching covert mob, racial murders, pogroms, State and Federal DEA, New York City Department of Corrections, Board of Corrections, M. Horau, | |
| | |
| Defendants - Appellees. | |

_____

      A notice of appeal was filed on August 31, 2011. The filing fee of $455.00 was due to be paid to the district court by September 14, 2011. The case is deemed in default.

      Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion were mailed to appellant at the beginning of the case. They are also available on the Court's website www.ca2.uscourts.gov.

**MANDATE ISSUED ON 12/29/2011**

IT IS HEREBY ORDERED that the appeal is dismissed effective December 7, 2011 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit